UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

- - -

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA, PLAINTIFF,

VS.

HARINDER SINGH, DEFENDANT.

CASE NO.: CR 14-648-CAS

REPORTER'S TRANSCRIPT OF PROCEEDINGS

MONDAY, FEBRUARY 13, 2017

LOS ANGELES, CALIFORNIA

LAURA MILLER ELIAS, CSR 10019
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4455
LOS ANGELES, CALIFORNIA 90012
PH: (213)894-0374

APPEARANCES OF COUNSEL:

ON BEHALF OF PLAINTIFF:

BY: ELLEN LANSDEN
ASSISTANT UNITED STATES ATTORNEY

1100 UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

ON BEHALF OF DEFENDANT:

LAW OFFICES OF PETER JOHNSON
BY: PETER JOHNSON, ESQ.
409 N. PACIFIC COAST HIGHWAY, 651
REDONDO BEACH, CA 90027

INDEX

PROCEEDINGS PAGE

STATUS CONFERENCE 4

LOS ANGELES, CALIFORNIA; MONDAY, FEB. 13, 2017; 1:37 P.M.

- - -

THE CLERK: Calling Calendar No. 19.

Case No. 14-648.

United States of America versus Harinder Singh.

Counsel, please state your appearances.

MS. LANSDEN: Good afternoon, Your Honor. Ellen Lansden on behalf of the United States.

MR. JOHNSON: Peter Johnson on behalf of Mr. Harinder Singh. He is assisted by the court-appointed Punjabi interpreter. What I suggested is that because he speaks English and I believe he understands what's going to happen at this proceedings, that we proceed in English with his consent and allow the interpreter to act as a standby interpreter with the Court's permission.

THE COURT: Any objection by the government?

MS. LANSDEN: No objection, Your Honor.

THE COURT: All right. Then that's what we will do.

MR. JOHNSON: Thank you, Your Honor.

THE COURT: So we have today a status conference. Where do we stand?

MR. JOHNSON: Your Honor, I have been speaking with the government. I was appointed to the case I believe last April. I believe that we should set a continuance and I

would move for a continuance to September 5th. That would be a realistic trial date. What I have talked to the government about is attempting to resolve this case without a trial before I would say April, but over the next month really focused on resolving the case. If we can't, I would need the additional time to prepare for trial to September 5th.

THE COURT: Okay. First of all, what do you have to say about all this, Ms. Lansden?

I look at the calendar and throw my hands in the air.

MS. LANSDEN: We have been trying to resolve this case. I think that the government is prepared to go on the April date, but I understand counsel feels like he needs additional time so we won't object on those grounds.

THE COURT: Well, let's see what September 5th looks like. I am going -- I'm effectively out for the entirety of October so I may be here and there, but you have to assume I'm gone the entire month.

For that reason if this case is tried, we're gonna have to do it on a more expedited basis than has been set forth. I'm assuming if we're down to essentially one defendant, there is some likelihood it will be tried in substantially less than the four-week estimate.

MS. LANSDEN: Absolutely. I believe this case could be tried in a week or less.

THE COURT: Do you disagree, Mr. Johnson?

MR. JOHNSON: No, Your Honor. I think that is a fair estimate.

THE COURT: What do we have on September 5th? Well, here's the story in a nutshell. We can put the 5th in as a placeholder with the understanding that we may have to move it because I have a multi-defendant complex case that's older than this that is set in that period of time, but why don't we set it for September 5th and hope for the best.

Let me ask you, Mr. Singh, do you agree to a continuance of the trial date to September 5th?

THE DEFENDANT: Yes.

THE COURT: And you understand that you have a right to go to trial on April 4th which is the current trial date?

THE DEFENDANT: Yes.

THE COURT: You're prepared to waive your speedy trial rights to September 5th?

THE DEFENDANT: Yes.

THE COURT: Okay. Then how about setting a status conference August 25th at 1:30 p.m.

And is there anything else for now?

MR. JOHNSON: Your Honor, if I may, I am scheduled to be on vacation on from the 18th. Is there any way to have the status conference the week before?

THE COURT: Sure. August 14th.

MR. JOHNSON: That's fine. Thank you.

THE COURT: 1:30 p.m., and then we'll see where we end up.

MR. JOHNSON: Thank you, Your Honor.

THE COURT: Thank you, everyone.

MS. LANSDEN: Just one final thing for the status conference. I'll put on the record that defendant Breidi Alberto Espinoza after talking to his attorney as well as Pretrial Services, it's our understanding he has fled.

THE COURT: Okay. Well, so am I correct that Mr. Singh is the one remaining defendant?

MS. LANSDEN: Yes, Your Honor.

THE COURT: Okay. Then let's see what happens next.

Thank you, everyone.

MR. JOHNSON: Thank you.

MS. LANSDEN: Thank you.

(Proceedings were concluded at 1:43 p.m.)

CERTIFICATE OF REPORTER

COUNTY OF LOS ANGELES )
) SS.
STATE OF CALIFORNIA )

I, LAURA ELIAS, OFFICIAL REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT I REPORTED, STENOGRAPHICALLY, THE FOREGOING PROCEEDINGS AT THE TIME AND PLACE HEREINBEFORE SET FORTH; THAT THE SAME WAS THEREAFTER REDUCED TO TYPEWRITTEN FORM BY MEANS OF COMPUTER-AIDED TRANSCRIPTION; AND I DO FURTHER CERTIFY THAT THIS IS A TRUE AND CORRECT TRANSCRIPTION OF MY STENOGRAPHIC NOTES.

DATE: MARCH 6, 2019

/s/ LAURA MILLER ELIAS

LAURA MILLER ELIAS, CSR 10019

FEDERAL OFFICIAL COURT REPORTER